UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:06-CR-192-1-F
No. 5:11-CV-8-F

| | |
|---|---|
| ORVILLE RICHARDS,<br>       Petitioner, | )<br>)<br>) |
| v. | )    **O R D E R** |
| | ) |
| UNITED STATES OF AMERICA,<br>       Respondent. | )<br>) |

Orville Richards' ("Richards") Motion to Reopen Based on Ineffective Assistance of Trial Counsel [DE-82] is DENIED as moot. The gravamen of his complaint subsequently was litigated in a § 2255 motion. *See* Order [DE-90]. The Clerk of Court is DIRECTED to close this case.

SO ORDERED.

This, the 27th day of December, 2011.

                                                      JAMES C. FOX
                                                    Senior United States District Judge